UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v().                                         Case No. 23-30072
                                          Originating No.  22CR82

**JENNY L. WATTENBARGER,**

      Defendant.

_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JENNY L. WATTENBARGER,** to answer to charges pending in another federal district, and states:

1. On **February 17, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an indictment**.  Defendant is charged in that district with violations of **21 USC 846 and 841(a)(1) – Conspiracy to Distribute 400 grams or more of a mixture and substance containing fentanyl and one kilogram or more of a mixture and substance containing heroin and attempted possession with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl and 100 grams or more of a mixture**

**and substance containing a detectable amount of heroin. Methamphetamine and Cocaine, Aiding and Abetting.**

 2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

 WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        *s/Danielle Asher*
        DANIELLE ASHER
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: February 17, 2023